Adam M. Saltzman (counsel of record)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York  10036-8704
Phone:  (212) 596-9000
Fax:  (212) 596-9090
Attorneys for Defendants TPG Capital, L.P.,
Sky Growth Holdings Corporation and,
Sky Growth Acquisition Corporation

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUVALL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION, and SKY GROWTH ACQUISITION CORPORATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:12-cv-05109-SRC-CLW<br><br>Honorable Cathy L. Waldor<br><br>**CONSENT ORDER GRANTING THE ADMISSION OF CHRISTOPHER G. GREEN, MARTIN J. CRISP AND CHRISTINE A. RODRIGUEZ** *PRO HAC VICE* |

　　　　This matter having been brought to the Court by Adam M. Saltzman, Esq. of Ropes & Gray LLP, seeking permission for Christopher G. Green, Esq., Martin J. Crisp, Esq. and Christine A. Rodriguez, Esq., of Ropes & Gray LLP to appear *pro hac vice* in the above matter on behalf of defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation; and plaintiff's counsel, Sean Mack, Esq. of Pashman Stein P.C., having consented to Mr. Green, Mr. Crisp and Ms. Rodriguez's admission *pro hac vice*; and for good cause shown;

　　　　IT IS ON THIS ____ day of _____ 2012,

ORDERED as follows:

1. Christopher G. Green, Esq., Martin J. Crisp, Esq. and Christine A. Rodriguez, Esq., of Ropes & Gray LLP, are hereby granted admission *pro hac vice* for the purpose of appearing in the within matter pursuant to Local Rule 101.1(c).

2. Christopher G. Green, Martin J. Crisp and Christine A. Rodriguez are hereby required to abide by the Rules of Disciplinary Enforcement and the Local Rules of the District of New Jersey.

3. Christopher G. Green, Martin J. Crisp and Christine A. Rodriguez shall each respectively notify the Court immediately of any matter affecting their standing at the bar of any other court.

4. Christopher G. Green, Martin J. Crisp and Christine A. Rodriguez shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment has not already been made for this year) and shall continue to make such payment for each calendar year in which each continues to represent a party before this Court.

5. All pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law being authorized to practice in the District of New Jersey who shall be held responsible for the conduct of Christopher G. Green, Martin J. Crisp and Christine A. Rodriguez.

6. Christopher G. Green, Martin J. Crisp and Christine A. Rodriguez shall each make payment of $150.00 to the Clerk of the Court.

                                                    HON. CATHY L. WALDOR
                                                    United States Magistrate Judge

We hereby consent to the form and
Entry of the within Order:

| | |
|---|---|
| ROPES & GRAY LLP<br>Attorneys for Defendants TPG Capital, L.P.,<br>Sky Growth Holdings Corporation and,<br>Sky Growth Acquisition Corporation | PASHMAN STEIN, P.C.<br>Attorneys for Plaintiff |
| By:   /s Adam M. Saltzman<br>       ADAM M. SALTZMAN | By:   /s Sean Mack<br>       SEAN MACK |
| Dated: August 23, 2012 | Dated: August 23, 2012 |

3

31706271_1