**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Defendants*
*Peter S. Knight, Ronald M.*
*Nordmann, Thomas P. Rice,*
*Melvin Sharoky, Joseph E.*
*Smith, Patrick J. Zenner, Par*
*Pharmaceutical Companies,*
*Inc. and Patrick G. LePore*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUVALL, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION, and SKY GROWTH ACQUISITION CORPORATION, Defendants | Civil Action No. 12-5109 (SRC-CLW) Honorable Stanley R. Chesler Motion Return Date: September 17, 2012, or such earlier date as may be set by the Court (Oral Argument Requested) **REPLY CERTIFICATION OF SANDRA C. GOLDSTEIN** *Document Electronically Filed* |

SANDRA C. GOLDSTEIN, being of full age, certifies as follows:

1. I am a Member of the law firm of Cravath, Swaine & Moore LLP, and counsel of record for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith and Patrick J. Zenner. I have been admitted *pro hac vice* in this matter. I submit this Certification to the Court in further support of Defendants' Motion to Proceed in One Jurisdiction.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulated Scheduling Order in In re Par Pharmaceutical Companies, Inc. Shareholders Litigation, C.A. No. 7715-VCP (Del. Ch. Sept. 7, 2012).

3. Attached hereto as Exhibit B is a true and correct copy of Judge Contillo's September 6, 2012 order staying the actions in Wilkinson v. LePore, Docket No. BER-C-229-12 (N.J. Super. Ct. Ch. Div.), and Femia v. Par Pharm. Cos., Inc., Docket No. BER-C-263-12 (N.J. Super. Ct. Ch. Div.).

I certify under penalty of perjury that the foregoing is true and correct.

_____
SANDRA C. GOLDSTEIN

Executed on September 10, 2012

# EXHIBIT A

**GRANTED**

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE PAR PHARMACEUTICAL COMPANIES, INC. SHAREHOLDERS LITIGATION | Consolidated<br>C.A. No. 7715-VCP |

**[PROPOSED] STIPULATED SCHEDULING ORDER**

WHEREAS, on August 14, 2010, the Court granted the Amended Order of Consolidation and Organization of Plaintiffs' Counsel;

WHEREAS, on August 21, 2012, Plaintiffs filed a Motion for a Preliminary Injunction; and

WHEREAS, the parties have discussed and agreed upon the proposed schedule and ancillary issues as set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern further proceedings in this action;

1. The parties shall substantially complete their document production by September 5, 2012, and exercise their best efforts to complete their production on that date or as soon as possible thereafter.

2. Fact depositions for defendants shall take place during the period from September 7 through September 13, 2012.

3. Fact depositions for plaintiffs shall take place during the period from September 7 through September 15, 2012.

4. Plaintiffs shall identify any expert that will submit an affidavit and/or report by September 6, 2012.

{A&B-00222130-}

5. Defendants shall identify any expert that will submit an affidavit and/or report by September 10, 2012.

6. Plaintiffs shall serve any expert affidavit and/or report no later than September 14, 2012.

7. Defendants shall serve any expert affidavit and/or report no later than noon on September 19, 2012.

8. Plaintiffs shall serve and file their opening brief in support of their Motion for a Preliminary Injunction no later than September 14, 2012.

9. Expert depositions will take place during the period from September 17 to September 18, 2012.

10. Defendants shall serve and file their answering brief(s) in opposition to Plaintiffs' Motion for a Preliminary Injunction no later than noon on September 19, 2012.

11. Plaintiffs shall serve and file their reply brief in support of their Motion for a Preliminary Injunction no later than 10 a.m. on September 20, 2012.

12. The Court will hear oral argument on Plaintiffs' Motion for a Preliminary Injunction at 3 p.m. on September 21, 2012.

13. The parties may amend the dates set forth in paragraphs 1 - 10 of this Order by written agreement, without Court approval. All other deadlines, and the hearing date, may be amended only by order of the Court.

| | |
|---|---|
| KOHN SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br><br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br><br>*Co-Lead Counsel for Plaintiffs* | */s/ P. Bradford de Leeuw*<br>Carmella P. Keener (#2810)<br>P. Bradford de Leeuw (#3569)<br>ROSENTHAL, MONHAIT &<br>GODDESS, P.A.<br>919 N. Market St., Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br><br>*Co-Liaison Counsel for Plaintiffs* |
| | */s/ Ralph Sianni*<br>Ralph Sianni (#4151)<br>STEWARTS LAW US LLP<br>1201 North Orange Street<br>Wilmington, DE 19801<br>(302) 298-1200<br><br>*Co-Liaison Counsel for Plaintiffs* |
| OF COUNSEL:<br><br>James N. Kramer<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Richard Gallagher<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | */s/ Rolin P. Bissell*<br>Rolin P. Bissell (#4478)<br>Elena C. Norman (#4780)<br>Paul J. Loughman (#5508)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19899-0390<br>(302) 571-6600<br><br>*Attorneys for Defendants Par Pharmaceutical Companies, Inc., and Patrick G. LePore* |

| | |
|---|---|
| | */s/ Gregory P. Williams* |
| OF COUNSEL: | Gregory P. Williams (#2168) |
| | Scott W. Perkins (#5049) |
| Sandra C. Goldstein | RICHARDS, LAYTON & FINGER, P.A. |
| CRAVATH, SWAINE & MOORE LLP | One Rodney Square |
| Worldwide Plaza | 920 North King Street |
| 825 Eighth Avenue | Wilmington, DE 19801 |
| New York, NY 10019-7475 | (302) 651-7700 |
| | |
| | *Attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin A. Sharoky, Joseph E. Smith and Patrick J. Zenner* |
| | |
| | */s/ A. Thompson Bayliss* |
| OF COUNSEL: | A. Thompson Bayliss (#4379) |
| | ABRAMS & BAYLISS LLP |
| Christopher G. Green | 20 Montchanin Road, Suite 200 |
| Christy A. Rodriguez | Wilmington, DE 19807 |
| ROPES & GRAY LLP | (302) 778-1000 |
| Prudential Tower | |
| 800 Boylston Street | *Attorneys for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation* |
| Boston, MA 02199-3600 | |
| (617) 951-7000 | |
| | |
| Martin J. Crisp | |
| ROPES & GRAY LLP | |
| 1211 Avenue of the Americas | |
| New York, NY 10036-8704 | |

SO ORDERED this _____ day of September, 2012.

_____
Vice Chancellor

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Donald F Parsons |
| **File & Serve Transaction ID:** | 46254898 |
| **Current Date:** | Sep 07, 2012 |
| **Case Number:** | 7715-VCP |
| **Case Name:** | CONF ORD CONS W/ 7725, 7734, 7740-VCP - IN RE PAR PHARACEUTICAL COMPANIES INC SHAREHOLDERS LITIGATION |
| **Court Authorizer:** | Parsons, Donald F |

**/s/ Judge Parsons, Donald F**

# EXHIBIT B

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendants Peter S. Knight,
Ronald M. Nordmann, Thomas P. Rice,
Melvin Sharoky, Joseph E. Smith, Patrick J.
Zenner, Par Pharmaceutical Companies, Inc. and
Patrick G. LePore

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
Attorneys for Defendants TPG Capital, L.P.,
Sky Growth Holdings Corporation and Sky
Growth Acquisition Corporation

**FILED**
SEP -6 2012
Robert P. Contillo
P.J.Ch.

| | |
|---|---|
| JACK E. WILKINSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>PATRICK G. LEPORE, et al.,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: BERGEN COUNTY<br><br>Docket No. BER-C-229-12<br><br>Civil Action<br><br>**ORDER** |
| ROBERT FEMIA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., et al.,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: BERGEN COUNTY<br><br>Docket No. BER-C-263-12<br><br>Civil Action |

**THIS MATTER** having been brought before the Court on the cross-motion of Sills

Cummis & Gross P.C., attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas

P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc. and Patrick G. LePore, and Ropes & Gray LLP, attorneys for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation, for an Order staying Plaintiffs' actions pending resolution of class actions in Delaware state court; and the Court having considered the papers submitted and the arguments of counsel; and for good cause shown;

**IT IS** on this 6 day of Sept., 2012,

**ORDERED** that Defendants' cross-motion for a stay pending resolution of class actions in Delaware state court is hereby GRANTED and that Plaintiffs' actions hereby are stayed pending resolution of the class actions in Delaware state court; and it is further

**ORDERED** that Plaintiffs' motions by order to show cause for expedited discovery are hereby DENIED and that no discovery shall proceed while Plaintiffs' actions are stayed pending resolution of the class actions in Delaware state court; and it is further

**ORDERED** that true copies of this Order shall be served by counsel for Defendants upon counsel for Plaintiffs within seven (7) days of the date of receive of this Order from the Court.

_____
ROBERT P. CONTILLO, P.J.Ch.

\_\_\_\_ Opposed
\_\_\_\_ Unopposed

A status conference is hereby scheduled for 10·18·12 at 11:00 am.

2