UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUVALL, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>vs.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION, and SKY GROWTH ACQUISITION CORPORATION,<br><br>Defendants | Civil Action No. 12-5109 (SRC-CLW)<br><br>Honorable Stanley R. Chesler<br><br>**CERTIFICATION OF SERVICE**<br><br>*Document Electronically Filed* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2012, Defendants' Reply Brief in Further Support of Defendants' Motion to Proceed in One Jurisdiction, and Certification of Sandra C. Goldstein in Further Support of Defendants' Motion to Proceed in One Jurisdiction with exhibits were electronically filed with the Court and served on the following counsel of record by using the CM/ECF:

Michael S. Stein
John T. Whipple
Sean Mack
Pashman Stein, P.C.
Court Plaza South
21 Main Street, Suite 100
Hackensack, NJ 07601

Mark S. Reich
Christopher M. Barrett
Robbins Geller Rudman & Down LLP
58 South Service Road, Suite 200
Melville, NY 11747

Randall J. Baron
David T. Wissbroecker
Edward M. Gergosian
Robbins Geller Rudman & Down LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Hamilton Lindley
Goldfarb LLP
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201

*Counsel for Plaintiff*

/s/ Jeffrey J. Greenbaum
JEFFREY J. GREENBAUM