**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc. and Patrick G. LePore*

**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
*Counsel for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation*
(Additional Counsel Listed on Signature Page)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUVALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION, and SKY GROWTH ACQUISITION CORPORATION,<br><br>Defendants. | Civil Action No. 12-5109 (SRC)<br><br>Honorable Stanley R. Chesler<br><br>Motion Return Date:<br><br>October 15, 2012<br><br>**NOTICE OF MOTION OF DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 12(b)(6)**<br><br>*Document Electronically Filed* |

TO: Sean Mack, Esq.
Michael S. Stein, Esq.
John T. Whipple, Esq.
Pashman Stein, P.C.
Court Plaza South
21 Main Street, Suit 100
Hackensack, NJ 07601

Mark S. Reich, Esq.
Christopher M. Barrett, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

Randall J. Baron, Esq.
David T. Wissbroecker, Esq.
Edward M. Gergosian, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Hamilton Lindley, Esq.
Goldfarb LLP
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201

*Attorneys for Plaintiff*

COUNSEL:

PLEASE TAKE NOTICE that on October 15, 2012, or at such other date as may be set by the Court, Defendants Patrick G. LePore; Par Pharmaceutical Companies, Inc. ("Par" or the "Company"); Peter S. Knight; Ronald M. Nordmann; Thomas P. Rice; Melvin Sharoky; Joseph E. Smith; Patrick J. Zenner (collectively, the "Independent Directors"); TPG Capital, L.P.; Sky Growth

Holdings Corporation; and Sky Growth Acquisition Corporation (collectively, "TPG"), by and through their undersigned attorneys, will move before the Honorable Stanley R. Chesler, United States District Judge, United States District Court, District of New Jersey, U.S. Post Office and Courthouse Building, One Federal Square, Newark, NJ 07102, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Complaint ("Complaint") with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendants will rely upon the accompanying Brief, and the Certification of Jeffrey J. Greenbaum. A proposed form of Order is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants hereby request oral argument.

Dated: September 12, 2012          Respectfully Submitted,

/s/ Jeffrey J. Greenbaum_____

Jeffrey J. Greenbaum
Scott B. Murray
Andrew W. Schwartz
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jgreenbaum@sillscummis.com
smurray@sillscummis.com
aschwartz@sillscummis.com

*Counsel for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice,*

*Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc. and Patrick G. LePore*

/s/Adam M. Saltzman
Adam M. Saltzman
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
adam.saltzman@ropesgray.com

*Attorneys for TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation*

OF COUNSEL:

Sandra C. Goldstein
Lindsay J. Smith
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
sgoldstein@cravath.com
ljsmith@cravath.com

*Counsel for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, and Patrick J. Zenner*

Christopher G. Green
Christine A. Rodriguez
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street

-4-

Boston, MA 02199
(617) 951-7878
christopher.green@ropesgray.com
christine.rodriguez@ropesgray.com

Martin J. Crisp
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
martin.crisp@ropesgray.com

*Counsel for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation*

Jim N. Kramer
Alexander Talarides
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5923
jkramer@orrick.com
atalarides@orrick.com

Rick Gallagher
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7397
rgallagher@orrick.com

*Counsel for Defendants Par Pharmaceutical Companies, Inc. and Patrick G. LePore*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2012, Defendants' Notice of Motion to Dismiss, Brief, Certification of Jeffrey J. Greenbaum, and proposed form of Order were electronically filed with the Court and served on the following counsel of record by using the CM/ECF:

Sean Mack, Esq.
Michael S. Stein, Esq.
John T. Whipple, Esq.
Pashman Stein, P.C.
Court Plaza South
21 Main Street, Suit 100
Hackensack, NJ 07601

Mark S. Reich, Esq.
Christopher M. Barrett, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

Randall J. Baron, Esq.
David T. Wissbroecker, Esq.
Edward M. Gergosian, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Hamilton Lindley, Esq.
Goldfarb LLP
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
*Attorneys for Plaintiff*

/s/ Jeffrey J. Greenbaum
JEFFREY J. GREENBAUM