# Exhibit E

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**Jeffrey J. Greenbaum**
Member of the Firm
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

September 6, 2012

*Via E-mail and Regular Mail*

Eduard Korsinsky, Esq.
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, New York 10004

Donald J. Enright, Esq.
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007

Re:  *Jack E. Wilkinson, et al. v. Patrick G. LePore, et al*
Docket No. BER-C-229-12
*Robert Femia, et al. v. Par Pharmaceutical Companies, Inc., et al.*
Docket No. BER-C-263-12

Dear Messrs. Korsinsky and Enright:

In reference to the above captioned matter, enclosed please find a copy of Judge Robert P. Contillo's Order filed September 6, 2012.

Should you have any questions, please feel free to contact me.

Very truly yours,

JEFFREY J. GREENBAUM

JJG/slw
Enclosure
cc:  Sandra C. Goldstein, Esq.
Adam M. Saltzman, Esq.
Martin J. Crisp, Esq.
Christine A. Rodriquez, Esq.

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendants Peter S. Knight,
Ronald M. Nordmann, Thomas P. Rice,
Melvin Sharoky, Joseph E. Smith, Patrick J.
Zenner, Par Pharmaceutical Companies, Inc. and
Patrick G. LePore

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
Attorneys for Defendants TPG Capital, L.P.,
Sky Growth Holdings Corporation and Sky
Growth Acquisition Corporation

**FILED**
SEP -6 2012
Robert P. Contillo
P.J.Ch.

| | |
|---|---|
| JACK E. WILKINSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>           Plaintiff,<br>v.<br><br>PATRICK G. LEPORE, et al.,<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: BERGEN COUNTY<br><br>Docket No. BER-C-229-12<br><br>Civil Action<br><br>**ORDER** |
| ROBERT FEMIA, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., et al.,<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: BERGEN COUNTY<br><br>Docket No. BER-C-263-12<br><br>Civil Action |

**THIS MATTER** having been brought before the Court on the cross-motion of Sills

Cummis & Gross P.C., attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas

P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc. and Patrick G. LePore, and Ropes & Gray LLP, attorneys for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation and Sky Growth Acquisition Corporation, for an Order staying Plaintiffs' actions pending resolution of class actions in Delaware state court; and the Court having considered the papers submitted and the arguments of counsel; and for good cause shown;

**IT IS** on this 6 day of Sept. , 2012,

**ORDERED** that Defendants' cross-motion for a stay pending resolution of class actions in Delaware state court is hereby GRANTED and that Plaintiffs' actions hereby are stayed pending resolution of the class actions in Delaware state court; and it is further

**ORDERED** that Plaintiffs' motions by order to show cause for expedited discovery are hereby DENIED and that no discovery shall proceed while Plaintiffs' actions are stayed pending resolution of the class actions in Delaware state court; and it is further

**ORDERED** that true copies of this Order shall be served by counsel for Defendants upon counsel for Plaintiffs within seven (7) days of the date of receive of this Order from the Court.

_____
ROBERT P. CONTILLO, P.J.Ch.

____ Opposed
____ Unopposed

A status conference is hereby scheduled for 10·18·12 at 11:00 am.

2