# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUVALL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION, and SKY GROWTH ACQUISITION CORPORATION,<br><br>      Defendants. | Civil Action No. 12-5109 (SRC)<br><br>Honorable Stanley R. Chesler<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>*Document Electronically Filed* |

THIS MATTER having been brought before the Court by Sills Cummis & Gross P.C., attorneys for defendants Peter S. Knight, Patrick G. LePore, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, and Par Pharmaceutical Companies, Inc., and Ropes & Gray LLP, attorneys for Defendants TPG Capital, L.P., Sky Growth Holdings Corporation, and Sky Growth Acquisition Corporation, for an Order dismissing Plaintiff's Complaint; and the Court having considered the submissions and the arguments of the parties, if any; and for good cause shown;

-2-

IT IS on this ____ day of _____ 2012,

ORDERED as follows:

1. Defendants' Motion to Dismiss is hereby GRANTED, and it is further ordered that

2. Plaintiff's Class Action Complaint against Defendants is hereby dismissed with prejudice.

```
                                    _____
                                    HON. STANLEY R. CHESLER
                                    United States District Judge
```