# PashmanStein

**John T. Whipple**
Member of the Firm
jwhipple@pashmanstein.com
Direct: 201.270.4904

September 25, 2012

<u>Via ECF</u>
Clerk
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:  Duvall vs. Par Pharmaceuticals Companies, Inc., et al.
      Civ. No. 12-5109 (SRC-CLW)
      Our File No. 8214-001

Dear Sir or Madam:

With regard to the above captioned action, we hereby request the automatic extension of time pursuant to Local Civil Rule 7.1 (d)(5), automatically extending the motion day for defendants' motion to dismiss from October 15, 2012, to the next available motion day, November 5, 2012.  The previous and new briefing schedule, pursuant to Rule 7.1, is as follows:

|                 | Previous date | New date |
|-----------------|---------------|----------|
| Opposition Due  | Oct. 1        | Oct. 22  |
| Reply Due       | Oct. 9        | Oct. 29  |
| Motion Day      | Oct. 15       | Nov. 5   |

Respectfully Submitted,

s/John Whipple

JOHN T. WHIPPLE

cc:   Hon. Cathy L. Waldor – United States Magistrate Judge
      (Via Regular Mail)
      Jeffrey Greenbaum, Esq. (Via ECF)
      Andrew Schwartz, Esq. (Via ECF)
      Lindsay J. Smith, Esq. (Via Email)
      Sandra Goldstein, Esq. (Via Email)

Pashman Stein, PC
Court Plaza South
21 Main Street, Suite 100
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com