The Wolf Law Firm, LLC
1520 US Highway 130, Suite 101
North Brunswick, NJ 08902
TEL – (732) 545-7900
FAX – (732) 545-1030
*Attorneys for Plaintiff Saratoga Advantage Trust Health & Biotechnology Portfolio*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT DUVALL, Individually and On Behalf Of All Others Similarly Situated | |
| Plaintiff, | Civil Action No. 12-5109 (SRC-CLW) |
| | Honorable Stanley R. Chesler |
| v. | |
| PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, | **CONSENT ORDER FOR RELIEF FROM DEADLINES DUE TO HURRICANE SANDY** |
| Defendants. | |
| SARATOGA ADVANTAGE TRUST HEALTH & BIOTECHNOLOGY PORTFOLIO, Individually and on Behalf of All Others Similarly Situated | |
| Plaintiff, | Civil Action No. 12-5652 (SRC-CLW) |
| | Honorable Stanley R. Chesler |
| v. | |
| PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, | |
| Defendants. | |

WHEREAS, on October 23, 2012, the Court entered a Consent Order for Consolidation, consolidating the above-captioned actions and setting a schedule for the filing of a Consolidated Amended Complaint, and a briefing schedule for responsive motions (Dkt. # 38-1);

WHEREAS, Hurricane Sandy caused unprecedented damage and disruption to the operations and coordination of Plaintiffs' counsel, making it impossible to prepare and file the Consolidated Amended Complaint within the schedule ordered by the Court;

WHEREAS, all parties have agreed that good cause exists to grant Plaintiffs relief from the deadlines set forth in the Consent Order for Consolidation,

WHEREAS, the parties have stipulated and agreed to the following proposed amended deadlines; and

It appearing that this Order has been consented to by all parties, and for good cause shown;

IT IS ON THIS ____ day of _____ 2012,

ORDERED as follows:

1. Plaintiffs shall file a Consolidated Amended Complaint with the Court, bearing Civil Action No. 12-5109, on or before November 30, 2012.

2. Defendants shall file their Motion to Dismiss the Consolidated Amended Complaint on or before January 11, 2012.

3. Plaintiffs shall file their opposition to the Motion to Dismiss the Consolidated Amended Complaint on or before February 1, 2012.

4. Defendants shall file their reply in further support of their Motion to Dismiss the Consolidated Amended Complaint on or before February 22, 2013.

                                              HON. STANLEY R. CHESLER
                                              United States District Judge

We hereby consent to the form and
entry of the within Order:

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C. | PASHMAN STEIN, P.C. |
| Attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc., and Patrick G. LePore | Attorneys for Plaintiff Robert Duvall |
| By: *s/Jeffrey J. Greenbaum* <br>       JEFFREY J. GREENBAUM | By: *s/ John T. Whipple* <br>       JOHN T. WHIPPLE |
| Dated: 11/14/2012 | Dated: 11/14/2012 |

THE WOLF LAW FIRM, LLC
Attorneys for Plaintiff Saratoga Advantage
Trust Health & Biotechnology Portfolio

By: _____
    ANDREW R. WOLF

Dated: 11/14/12

ROPES & GRAY LLP
Attorneys for Defendants TPG Capital, LP,
Sky Growth Holdings Corporation, and Sky
Growth Acquisition Corporation

By: _____
    ADAM M. SALTZMAN

Dated: 11/9/12

4