# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT DUVALL, Individually and On Behalf Of All Others Similarly Situated | : : : | |
| Plaintiff, | : : | Civil Action No. 2:12-5109 (SRC-CLW) |
| v. | : : | Honorable Stanley R. Chesler |
| PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, | : : : : : : : : : | |
| Defendants. | : | |
| SARATOGA ADVANTAGE TRUST HEALTH & BIOTECHNOLOGY PORTFOLIO, Individually and on Behalf of All Others Similarly Situated | : : : : : | |
| Plaintiff, | : : | Civil Action No. 12-5652 (SRC-CLW) |
| v. | : : | Honorable Stanley R. Chesler |
| PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, | : : : : : : : : : | |
| Defendants. | : | |

NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, plaintiff Robert Duvall filed a Class Action Complaint for Breach of Fiduciary Duties and Violations of the Federal Securities Laws, Civil Action No. 2:12-5109 (the "Duvall Action"), on behalf of himself and all others similarly situated against Defendants Par Pharmaceutical Companies, Inc., Peter S. Knight, Patrick G. Lepore, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, TPG Capital, L.P., Sky Growth Holdings Corporation, and Sky Growth Acquisition Corporation (collectively, the "Defendants") on August 14, 2012;

WHEREAS, plaintiff Saratoga Advantage Trust Health & Biotechnology Portfolio (together with Robert Duvall, "Plaintiffs") filed a Class Action Complaint for Breach of Fiduciary Duties and Violations of the Federal Securities Laws, Civil Action No. 12-5652 (the "Saratoga Advantage Action"), on behalf of itself and all others similarly situated against Defendants Par Pharmaceutical Companies, Inc., Peter S. Knight, Patrick G. Lepore, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, TPG Capital, L.P., Sky Growth Holdings Corporation, and Sky Growth Acquisition Corporation (collectively, the "Defendants") on September 10, 2012;

WHEREAS, the Duvall Action and Saratoga Advantage Action were consolidated for all purposes under Civil Action No. 12-5109 on October 26, 2012 (the "Consolidated Action");

WHEREAS, no Defendant in the Consolidated Action has served either an answer or a motion for summary judgment; and

WHEREAS, a class has not been certified in the Consolidated Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the Consolidated Action.

DATED:  December 20, 2012　　　　　　PASHMAN STEIN, P.C.


　　　　　　　　　　　　　　　　　　　　　　*/s/ John T. Whipple*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL S. STEIN
　　　　　　　　　　　　　　　　　　　　　　JOHN T. WHIPPLE
　　　　　　　　　　　　　　　　　　　　　　SEAN MACK
　　　　　　　　　　　　　　　　　　　　　　Court Plaza South
　　　　　　　　　　　　　　　　　　　　　　21 Main Street, Suite 100
　　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ  07601
　　　　　　　　　　　　　　　　　　　　　　TEL –  (201) 488-8200
　　　　　　　　　　　　　　　　　　　　　　FAX – (201) 488-5556
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Robert Duvall*



　　　　　　　　　　　　　　　　　　　　　　THE WOLF LAW FIRM, LLC


　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew R. Wolf*
　　　　　　　　　　　　　　　　　　　　　　ANDREW R. WOLF
　　　　　　　　　　　　　　　　　　　　　　1520 US Highway 130, Suite 101
　　　　　　　　　　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　　　TEL – (732) 545-7900
　　　　　　　　　　　　　　　　　　　　　　FAX – (732) 545-1030
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Saratoga Advantage Trust*
　　　　　　　　　　　　　　　　　　　　　　　　*Health & Biotechnology Portfolio*